UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/10

---

ENZO BIOCHEM, INC., *et al.*,

                      Plaintiffs,

-v-

AMERSHAM PLC, *et al.*,

                      Defendants.

No. 02 Civ. 8448 (RJS)
ORDER

---

ENZO BIOCHEM, INC., *et al.*,

                      Plaintiffs,

-v-

MOLECULAR PROBES, INC., *et al.*,

                      Defendants.

No. 03 Civ. 3816 (RJS)
ORDER

---

ENZO BIOCHEM, INC., *et al.*,

                      Plaintiffs,

-v-

PERKINELMER, INC., *et al.*,

                      Defendants.

No. 03 Civ. 3817 (RJS)
ORDER

| | |
|---|---|
| ENZO BIOCHEM, INC., *et al.*,<br><br>      Plaintiffs,<br><br>-v-<br><br>ORCHID BIOSCIENCES, INC.,<br><br>      Defendant. | No. 03 Civ. 3819 (RJS)<br>ORDER |
| AFFYMETRIX, INC.,<br><br>      Plaintiff,<br><br>-v-<br><br>ENZO BIOCHEM, INC., *et al.*,<br><br>      Defendants. | No. 03 Civ. 8907 (RJS)<br>ORDER |
| ENZO LIFE SCIENCES, INC.,<br><br>      Plaintiff,<br><br>-v-<br><br>AFFYMETRIX, INC.,<br><br>      Defendant. | No. 04 Civ. 1555 (RJS)<br>ORDER |
| ROCHE DIAGNOSTICS GMBH,<br><br>      Plaintiff,<br><br>-v-<br><br>ENZO BIOCHEM, INC., *et al.*,<br><br>      Defendants. | No. 04 Civ. 4046 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, District Judge:

  The Court is in receipt of the parties' June 28, 2010 joint letter, which was submitted to address recent developments in the related case pending in the District of Connecticut. The letter

states that the defendants in the Connecticut action have "filed a motion to stay that case pending resolution of their impending petition for writ of certiorari to the Supreme Court," and that the motion is currently *sub judice*. Accordingly, this action will remain stayed, and IT IS HEREBY ORDERED THAT the parties shall submit a follow-up joint status letter by July 28, 2010.

SO ORDERED.

DATED:     June 29, 2010
           New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE