UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
ENZO BIOCHEM, INC., et al.,

                              Plaintiffs,

        -v-                                         No. 02 Civ. 8448 (RJS)
                                                           ORDER
AMERSHAM PLC, et al.,

                              Defendants.
```

```
ENZO BIOCHEM, INC., et al.,

                              Plaintiffs,

        -v-                                         No. 03 Civ. 3816 (RJS)
                                                           ORDER
MOLECULAR PROBES, INC., et al.,

                              Defendants.
```

```
ENZO BIOCHEM, INC., et al.,

                              Plaintiffs,

        -v-                                         No. 03 Civ. 3817 (RJS)
                                                           ORDER
PERKINELMER, INC., et al.,

                              Defendants.
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/10

| | |
|---|---|
| ENZO BIOCHEM, INC., *et al.*,<br><br>                    Plaintiffs,<br><br>-v-<br><br>ORCHID BIOSCIENCES, INC.,<br><br>                    Defendant. | No. 03 Civ. 3819 (RJS)<br>ORDER |
| AFFYMETRIX, INC.,<br><br>                    Plaintiff,<br><br>-v-<br><br>ENZO BIOCHEM, INC., *et al.*,<br><br>                    Defendants. | No. 03 Civ. 8907 (RJS)<br>ORDER |
| ENZO LIFE SCIENCES, INC.,<br><br>                    Plaintiff,<br><br>-v-<br><br>AFFYMETRIX, INC.,<br><br>                    Defendant. | No. 04 Civ. 1555 (RJS)<br>ORDER |
| ROCHE DIAGNOSTICS GMBH,<br><br>                    Plaintiff,<br><br>-v-<br><br>ENZO BIOCHEM, INC., *et al.*,<br><br>                    Defendants. | No. 04 Civ. 4046 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, District Judge:

  The Court is in receipt of the parties' October 1, 2010 joint letter, which was submitted to address recent developments in the related case pending in the District of Connecticut. As

previously noted, the defendants in the Connecticut action have filed a motion to stay that case pending resolution of their petition for a writ of certiorari to the Supreme Court, and the motion is currently *sub judice*. Accordingly, this action will remain stayed, and IT IS HEREBY ORDERED THAT the parties shall submit a follow-up joint status letter by November 5, 2010.

SO ORDERED.

DATED:    October 4, 2010
          New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE