USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ENZO BIOCHEM, INC., *et al.*,

           Plaintiffs,

-v-

AMERSHAM PLC, *et al.*,

           Defendants.

No. 02 Civ. 8448 (RJS)
**ORDER**

---

ENZO BIOCHEM, INC., *et al.*,

           Plaintiffs,

-v-

MOLECULAR PROBES, INC., *et al.*,

           Defendants.

No. 03 Civ. 3816 (RJS)
**ORDER**

---

ENZO BIOCHEM, INC., *et al.*,

           Plaintiffs,

-v-

PERKINELMER, INC., *et al.*,

           Defendants.

No. 03 Civ. 3817 (RJS)
**ORDER**

---

ENZO BIOCHEM, INC., *et al.*,

           Plaintiffs,

-v-

ORCHID BIOSCIENCES, INC.,

           Defendant.

No. 03 Civ. 3819 (RJS)
**ORDER**

| | |
|---|---|
| AFFYMETRIX, INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>-v-<br><br>ENZO BIOCHEM, INC., *et al.*,<br><br>　　　　　　　　　　Defendants. | No. 03 Civ. 8907 (RJS)<br><u>ORDER</u> |
| ENZO LIFE SCIENCES, INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>-v-<br><br>AFFYMETRIX, INC.,<br><br>　　　　　　　　　　Defendant. | No. 04 Civ. 1555 (RJS)<br><u>ORDER</u> |
| ROCHE DIAGNOSTICS GMBH,<br><br>　　　　　　　　　　Plaintiff,<br><br>-v-<br><br>ENZO BIOCHEM, INC., *et al.*,<br><br>　　　　　　　　　　Defendants. | No. 04 Civ. 4046 (RJS)<br><u>ORDER</u> |

<u>RICHARD J. SULLIVAN</u>, District Judge:

　　The Court is in receipt of the parties' December 10, 2010 joint letter, which was submitted to address recent developments in the related case pending in the District of Connecticut. As previously noted, the defendants in the Connecticut action have filed a motion to stay that case pending resolution of their petition for a writ of certiorari to the Supreme Court. The motion is currently *sub judice*. The Supreme Court has distributed the petition for conference on December 10, 2010 and a status conference in the Connecticut action has been scheduled for December 22, 2010. Accordingly, this action will remain stayed, and IT IS HEREBY ORDERED THAT the

-2-

parties shall submit a follow-up joint status letter by January 10, 2011.

SO ORDERED.

DATED:	December 10, 2010
	New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE