UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILE
DOC #: _____
DATE FILED: 2/14/11

---

ENZO BIOCHEM, INC., *et al.*,

                    Plaintiffs,

     -v-

AMERSHAM PLC, *et al.*,

                    Defendants.

No. 02 Civ. 8448 (RJS)
ORDER

---

ENZO BIOCHEM, INC., *et al.*,

                    Plaintiffs,

     -v-

MOLECULAR PROBES, INC., *et al.*,

                    Defendants.

No. 03 Civ. 3816 (RJS)
ORDER

---

ENZO BIOCHEM, INC., *et al.*,

                    Plaintiffs,

     -v-

PERKINELMER, INC., *et al.*,

                    Defendants.

No. 03 Civ. 3817 (RJS)
ORDER

---

ENZO BIOCHEM, INC., *et al.*,

                    Plaintiffs,

     -v-

ORCHID BIOSCIENCES, INC.,

                    Defendant.

No. 03 Civ. 3819 (RJS)
ORDER

AFFYMETRIX, INC.,

                     Plaintiff,

   -v-

ENZO BIOCHEM, INC., *et al.*,

                     Defendants.

No. 03 Civ. 8907 (RJS)
ORDER

---

ENZO LIFE SCIENCES, INC.,

                     Plaintiff,

   -v-

AFFYMETRIX, INC.,

                     Defendant.

No. 04 Civ. 1555 (RJS)
ORDER

---

ROCHE DIAGNOSTICS GMBH,

                     Plaintiff,

   -v-

ENZO BIOCHEM, INC., *et al.*,

                     Defendants.

No. 04 Civ. 4046 (RJS)
ORDER

---

RICHARD J. SULLIVAN, District Judge:

      The Court is in receipt of the parties' February 10, 2011 joint letter, which was submitted to address recent developments in the related case pending in the District of Connecticut. The Connecticut action remains stayed, pending the resolution of the petition for certiorari filed in that case. Accordingly, this action will remain stayed, and IT IS HEREBY ORDERED THAT the parties shall submit a follow-up joint status letter by March 14, 2011.

SO ORDERED.

DATED:      February 14, 2011
              New York, New York

                               RICHARD J. SULLIVAN
                               UNITED STATES DISTRICT JUDGE