UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENZO BIOCHEM, INC., *et al.*, <br><br> Plaintiffs, <br><br> -v- <br><br> AMERSHAM PLC, *et al.*, <br><br> Defendants. | No. 02 Civ. 8448 (RJS) <br> ORDER |
| ENZO BIOCHEM, INC., *et al.*, <br><br> Plaintiffs, <br><br> -v- <br><br> MOLECULAR PROBES, INC., *et al.*, <br><br> Defendants. | No. 03 Civ. 3816 (RJS) <br> ORDER |
| ENZO BIOCHEM, INC., *et al.*, <br><br> Plaintiffs, <br><br> -v- <br><br> PERKINELMER, INC., *et al.*, <br><br> Defendants. | No. 03 Civ. 3817 (RJS) <br> ORDER |
| ENZO BIOCHEM, INC., *et al.*, <br><br> Plaintiffs, <br><br> -v- <br><br> ORCHID BIOSCIENCES, INC., <br><br> Defendant. | No. 03 Civ. 3819 (RJS) <br> ORDER |

<2>
<3>
<4>
<5>

| | |
|---|---|
| AFFYMETRIX, INC.,<br><br>      Plaintiff,<br><br>-v-<br><br>ENZO BIOCHEM, INC., *et al.*,<br><br>      Defendants. | No. 03 Civ. 8907 (RJS)<br><u>ORDER</u> |
| ENZO LIFE SCIENCES, INC.,<br><br>      Plaintiff,<br><br>-v-<br><br>AFFYMETRIX, INC.,<br><br>      Defendant. | No. 04 Civ. 1555 (RJS)<br><u>ORDER</u> |
| ROCHE DIAGNOSTICS GMBH,<br><br>      Plaintiff,<br><br>-v-<br><br>ENZO BIOCHEM, INC., *et al.*,<br><br>      Defendants. | No. 04 Civ. 4046 (RJS)<br><u>ORDER</u> |

<u>RICHARD J. SULLIVAN</u>, District Judge:

  The Court is in receipt of the Defendant Molecular Probes, Inc.'s notice of substitution of counsel filed February 14, 2011, seeking to substitute Matthew D. Murphey ("Murphey") of Troutman Sanders, LLP as its attorney of record in place of Gordon & Rees LLP. Murphey has previously appeared in this case as a member of Gordon & Rees LLP. Accordingly, IT IS HEREBY ORDERED THAT the substitution of counsel is approved.

SO ORDERED.

DATED:  February 18, 2011
      New York, New York

                     RICHARD J. SULLIVAN
                     UNITED STATES DISTRICT JUDGE