UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENZO BIOCHEM, INC., et al.,<br><br>          Plaintiffs,<br><br>          vs.<br><br>AMERSHAM PLC, et al.,<br><br>          Defendants. | Case No. 02 Civ. 08448 (RJS)<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that Maxwell C. Preston hereby appears as counsel on behalf of defendants Amersham PLC and Amersham Biosciences, certifies that he is admitted to practice in this Court, and further requests that copies of all papers in this action be served on the undersigned at the address below.

Dated:    New York, New York
            March 15, 2011

                                        ARNOLD & PORTER LLP

                                        By:    /s/ Maxwell C. Preston
                                                  Maxwell C. Preston
                                                  399 Park Avenue
                                                  New York, New York 10022-4690
                                                  Telephone: (212) 715-1000
                                                  Facsimile: (212) 715-1399
                                                  Maxwell.Preston@aporter.com

                                                  *Attorney for Defendants Amersham PLC and Amersham Biosciences*.