UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
ENZO BIOCHEM, INC., et al.,    Plaintiff,    Case No. 1:02-cv-08448-RJS

-against-

AMERSHAM PLC, et al.,    Defendant.
-------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

__Jennifer A. Sklenar__
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JT7850          My State Bar Number is _____

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Howrey LLP
            FIRM ADDRESS: 550 S. Hope St., Ste. 1100, Los Angeles, CA 90071
            FIRM TELEPHONE NUMBER: 213-892-1800
            FIRM FAX NUMBER: 213-892-2300

NEW FIRM:   FIRM NAME: Arnold & Porter LLP
            FIRM ADDRESS: 777 S. Figueroa St., 44th Flr., Los Angeles, CA 90017
            FIRM TELEPHONE NUMBER: 213-243-4000
            FIRM FAX NUMBER: 213-243-4199

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 4/8/11                                  _____
                                               ATTORNEY'S SIGNATURE