USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-26-11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ENZO BIOCHEM, INC., *et al.*,

          Plaintiffs,

-v-

AMERSHAM PLC, *et al.*,

          Defendants.

No. 02 Civ. 8448 (RJS)
ORDER

---

ENZO BIOCHEM, INC., *et al.*,

          Plaintiffs,

-v-

MOLECULAR PROBES, INC., *et al.*,

          Defendants.

No. 03 Civ. 3816 (RJS)
ORDER

---

ENZO BIOCHEM, INC., *et al.*,

          Plaintiffs,

-v-

PERKINELMER, INC., *et al.*,

          Defendants.

No. 03 Civ. 3817 (RJS)
ORDER

---

ENZO BIOCHEM, INC., *et al.*,

          Plaintiffs,

-v-

ORCHID BIOSCIENCES, INC.,

          Defendant.

No. 03 Civ. 3819 (RJS)
ORDER

| | | |
|---|---|---|
| AFFYMETRIX, INC., <br><br> Plaintiff, <br><br> -v- <br><br> ENZO BIOCHEM, INC., *et al.*, <br><br> Defendants. | | No. 03 Civ. 8907 (RJS) <br> <u>ORDER</u> |
| ENZO LIFE SCIENCES, INC., <br><br> Plaintiff, <br><br> -v- <br><br> AFFYMETRIX, INC., <br><br> Defendant. | | No. 04 Civ. 1555 (RJS) <br> <u>ORDER</u> |
| ROCHE DIAGNOSTICS GMBH, <br><br> Plaintiff, <br><br> -v- <br><br> ENZO BIOCHEM, INC., *et al.*, <br><br> Defendants. | | No. 04 Civ. 4046 (RJS) <br> <u>ORDER</u> |

<u>RICHARD J. SULLIVAN</u>, District Judge:

In an Order dated July 18, 2011, the Court scheduled a conference in this matter on July 27, 2011 at 3:30 p.m. Due to a scheduling conflict, IT IS HEREBY ORDERED THAT this conference shall instead take place on July 27, 2011 at 3:00 p.m. IT IS FURTHER ORDERED THAT the conference shall now be held telephonically. All parties shall gather on one line, then contact the Court at (212) 805-0264.

SO ORDERED.

DATED:   July 26, 2011
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE