UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENZO BIOCHEM, INC., *et al.*,<br><br>    Plaintiffs,<br><br>  -v-<br><br>AMERSHAM PLC, *et al.*,<br><br>    Defendants. | No. 02 Civ. 8448 (RJS) |
| ENZO BIOCHEM, INC., *et al.*,<br><br>    Plaintiffs,<br><br>  -v-<br><br>MOLECULAR PROBES, INC., *et al.*,<br><br>    Defendants. | No. 03 Civ. 3816 (RJS) |
| ENZO BIOCHEM, INC., *et al.*,<br><br>    Plaintiffs,<br><br>  -v-<br><br>PERKINELMER, INC., *et al.*,<br><br>    Defendants. | No. 03 Civ. 3817 (RJS) |
| ENZO BIOCHEM, INC., *et al.*,<br><br>    Plaintiffs,<br><br>  -v-<br><br>ORCHID BIOSCIENCES, INC., *et al.*,<br><br>    Defendants. | No. 03 Civ. 3819 (RJS) |

| | |
|---|---|
| AFFYMETRIX, INC., <br><br> Plaintiff, <br><br> -v- <br><br> ENZO BIOCHEM, INC., *et al.*, <br><br> Defendants. | No. 03 Civ. 8907 (RJS) |
| ENZO LIFE SCIENCES, INC., <br><br> Plaintiff, <br><br> -v- <br><br> AFFYMETRIX, INC., <br><br> Defendant. | No. 04 Civ. 1555 (RJS) |
| ROCHE DIAGNOSTICS GMBH, <br><br> Plaintiff, <br><br> -v- <br><br> ENZO BIOCHEM, INC., *et al.*, <br><br> Defendants. | No. 04 Civ. 4046 (RJS) |

## NOTICE OF APPEARANCE OF SCOTT J. BORNSTEIN

PLEASE TAKE NOTICE that Scott J. Bornstein, Esq. of Greenberg Traurig, LLP hereby appears as lead counsel in this case for Enzo Biochem, Inc., and Enzo Life Sciences, Inc. and demands that all papers in this action be served upon the undersigned. I certify that I am admitted to practice in this court.

NY 241,415,000v1 8-25-11

Dated: August 25, 2011
New York, New York

By:   /s/  Scott J. Bornstein
Scott J. Bornstein (SB 2280)
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-2157
Facsimile: (212) 801-6400
E-mail: bornsteins@gtlaw.com

NY 241,415,000v1 8-25-11