UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENZO BIOCHEM, INC., *et al.*,<br><br>                Plaintiffs,<br><br>-v-<br><br>AMERSHAM PLC, *et al.*,<br><br>                Defendants. | No. 02 Civ. 8448 (RJS) |
| ENZO BIOCHEM, INC., *et al.*,<br><br>                Plaintiffs,<br><br>-v-<br><br>MOLECULAR PROBES, INC., *et al.*,<br><br>                Defendants. | No. 03 Civ. 3816 (RJS) |
| ENZO BIOCHEM, INC., *et al.*,<br><br>                Plaintiffs,<br><br>-v-<br><br>PERKINELMER, INC., *et al.*,<br><br>                Defendants. | No. 03 Civ. 3817 (RJS) |
| ENZO BIOCHEM, INC., *et al.*,<br><br>                Plaintiffs,<br><br>-v-<br><br>ORCHID BIOSCIENCES, INC., *et al.*,<br><br>                Defendants. | No. 03 Civ. 3819 (RJS) |

| | |
|---|---|
| AFFYMETRIX, INC.,<br><br>                    Plaintiff,<br><br>-v-<br><br>ENZO BIOCHEM, INC., *et al.*,<br><br>                    Defendants. | No. 03 Civ. 8907 (RJS) |
| ENZO LIFE SCIENCES, INC.,<br><br>                    Plaintiff,<br><br>-v-<br><br>AFFYMETRIX, INC.,<br><br>                    Defendant. | No. 04 Civ. 1555 (RJS) |
| ROCHE DIAGNOSTICS GMBH,<br><br>                    Plaintiff,<br><br>-v-<br><br>ENZO BIOCHEM, INC., *et al.*,<br><br>                    Defendants. | No. 04 Civ. 4046 (RJS) |

## NOTICE OF APPEARANCE OF JUSTIN A. MACLEAN

PLEASE TAKE NOTICE that Justin A. MacLean, Esq. of Greenberg Traurig, LLP hereby appears as counsel in this case for Enzo Biochem, Inc., and Enzo Life Sciences, Inc. and demands that all papers in this action be served upon the undersigned. I certify that I am admitted to practice in this court.

Dated: August 25, 2011
New York, New York

By: /s/ Justin A. MacLean
Justin A. MacLean (JM 5868)
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, New York  10166
Telephone:  (212) 801-3137
Facsimile:   (212) 801-6400
E-mail: macleanj@gtlaw.com

NY 241,415,547v1 8-25-11