USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-25-11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ENZO BIOCHEM, INC., *et al.*,

                    Plaintiffs,

-v-

AMERSHAM PLC, *et al.*,

                    Defendants.

No. 02 Civ. 8448 (RJS)
**ORDER**

---

ENZO BIOCHEM, INC., *et al.*,

                      Plaintiffs,

-v-

MOLECULAR PROBES, INC., *et al.*,

                    Defendants.

No. 03 Civ. 3816 (RJS)
**ORDER**

---

ENZO BIOCHEM, INC., *et al.*,

                      Plaintiffs,

-v-

PERKINELMER, INC., *et al.*,

                    Defendants.

No. 03 Civ. 3817 (RJS)
**ORDER**

---

ENZO BIOCHEM, INC., *et al.*,

                      Plaintiffs,

-v-

ORCHID BIOSCIENCES, INC.,

                    Defendant.

No. 03 Civ. 3819 (RJS)
**ORDER**

| | |
|---|---|
| AFFYMETRIX, INC.,<br><br>                      Plaintiff,<br><br>-v-<br><br>ENZO BIOCHEM, INC., *et al.*,<br><br>                      Defendants. | No. 03 Civ. 8907 (RJS)<br>ORDER |
| ENZO LIFE SCIENCES, INC.,<br><br>                      Plaintiff,<br><br>-v-<br><br>AFFYMETRIX, INC.,<br><br>                      Defendant. | No. 04 Civ. 1555 (RJS)<br>ORDER |
| ROCHE DIAGNOSTICS GMBH,<br><br>                      Plaintiff,<br><br>-v-<br><br>ENZO BIOCHEM, INC., *et al.*,<br><br>                      Defendants. | No. 04 Civ. 4046 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, District Judge:

      As stated on the record at the conference held today, IT IS HEREBY ORDERED THAT the briefing schedule on Defendants' renewed motion for summary judgment on the remaining patent issues only shall be as follows:

      (1) Defendants shall file their motion and supporting papers by October 11, 2011.

      (2) Plaintiffs shall file their opposition papers by November 28, 2011.

(3) Defendants shall file their reply, if any, by December 16, 2011.

At the conference, Plaintiffs stated that they may wish to file their own summary judgment motion. Accordingly, IT IS FURTHER ORDERED THAT, if Plaintiffs wish to file their motion, they shall submit a pre-motion letter to the Court by September 2, 2011.

SO ORDERED.

DATED:   August 25, 2011
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE