UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-12-11

ENZO BIOCHEM, INC., *et al.*,

                Plaintiffs,

-v-

AMERSHAM PLC, *et al.*,

                Defendants.

No. 02 Civ. 8448 (RJS)
ORDER

ENZO BIOCHEM, INC., *et al.*,

                Plaintiffs,

-v-

MOLECULAR PROBES, INC., *et al.*,

                Defendants.

No. 03 Civ. 3816 (RJS)
ORDER

ENZO BIOCHEM, INC., *et al.*,

                Plaintiffs,

-v-

PERKINELMER, INC., *et al.*,

                Defendants.

No. 03 Civ. 3817 (RJS)
ORDER

| | |
|---|---|
| ENZO BIOCHEM, INC., *et al.*,<br><br>                    Plaintiffs,<br><br>-v-<br><br>ORCHID BIOSCIENCES, INC.,<br><br>                    Defendant. | No. 03 Civ. 3819 (RJS)<br><u>ORDER</u> |
| AFFYMETRIX, INC.,<br><br>                    Plaintiff,<br><br>-v-<br><br>ENZO BIOCHEM, INC., *et al.*,<br><br>                    Defendants. | No. 03 Civ. 8907 (RJS)<br><u>ORDER</u> |
| ENZO LIFE SCIENCES, INC.,<br><br>                    Plaintiff,<br><br>-v-<br><br>AFFYMETRIX, INC.,<br><br>                    Defendant. | No. 04 Civ. 1555 (RJS)<br><u>ORDER</u> |

| |
|---|
| ROCHE DIAGNOSTICS GMBH,<br><br>                           Plaintiff,<br><br>-v-<br><br>ENZO BIOCHEM, INC., *et al.*,<br><br>                           Defendants. |

No. 04 Civ. 4046 (RJS)
<u>ORDER</u>

<u>RICHARD J. SULLIVAN</u>, District Judge:

      The Court is in receipt of a September 2, 2011 letter from Enzo Biochem, Inc. and Enzo Life Sciences, Inc. ("Enzo"), requesting permission to file a motion for summary judgment in light of the Federal Circuit's decision in *Enzo Biochem, Inc. v. Applera Corp.*, 599 F.3d 1325 (Fed. Cir. 2010). The Court has also received a September 8, 2011 letter opposing that request from Amersham plc, Amersham Biosciences, Molecular Probes, Inc., Orchid Biosciences, Inc., PerkinElmer, Inc., PerkinElmer Life Sciences, Inc., Roche Diagnostics GmbH, and Roche Molecular Systems, Inc. ("co-defendants").

      The Court agrees with the co-defendants that the time to make new motions for summary judgment has passed. In essence, Enzo's request is an attempt to relitigate issues of claim construction that were decided by Judge Sprizzo in 2006. The Court sees no reason to revisit such matters and finds nothing in the Federal Circuit's 2010 ruling that compels, or even suggests, such a result. While the Court has permitted parties to renew motions that were previously filed before Judge Sprizzo prior to the entry of the stay in this matter, Enzo's new motions are untimely. Accordingly, IT IS HEREBY ORDERED that Enzo's request to file a motion for summary judgment is DENIED.

It is FURTHER ORDERED that the parties abide by the briefing schedule as set forth in the Court's Order of August 25, 2011.

SO ORDERED.

DATED: September 12, 2011
New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

-4-