**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
ENZO BIOCHEM, INC. and )
ENZO LIFE SCIENCES, INC., )
  )
  )
   Plaintiffs, )
  )
  ) CIVIL ACTION NO. 02cv8448 (RJS)
 v. )
  )
  )
AMERSHAM PLC, )
AMERSHAM BIOSCIENCES, )
PERKINELMER, INC., )
PERKINELMER LIFE SCIENCES, INC., )
SIGMA-ALDRICH CORPORATION, )
SIGMA CHEMICAL COMPANY, INC., )
MOLECULAR PROBES, INC., and )
ORCHID BIOSCIENCES, INC., )
  )
  )
   Defendants. )
---------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-4-11

### NOTICE OF WITHDRAWAL OF
### AS COUNSEL OF RECORD AND [PROPOSED] ORDER

**PLEASE TAKE NOTICE** that attorney Dyan Finguerra-DuCharme, formerly of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), is hereby withdrawn as counsel of record in the above-captioned matter for Defendants PerkinElmer, Inc., and PerkinElmer Life Sciences, Inc., (collectively "PerkinElmer"). Ms. Finguerra-DuCharme is no longer employed by WilmerHale. The undersigned of WilmerHale will continue to represent PerkinElmer in this action.

Ms. Finguerra-DuCharme did not assert a retaining or charging lien.

Dated: September 22, 2011

Respectfully submitted,

_/s/ Nels T. Lippert_
Nels T. Lippert
WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888
nels.lippert@wilmerhale.com

*Counsel for Defendants PerkinElmer, Inc., and PerkinElmer Life Sciences, Inc.*

SO ORDERED

_/s/_
Hon. Richard J. Sullivan
United States District Judge

10/3/11