USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-6-11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ENZO BIOCHEM, INC., *et al.*,

        Plaintiffs,

-v-

AMERSHAM PLC, *et al.*,

        Defendants.

No. 02 Civ. 8448 (RJS)
<u>ORDER</u>

---

ENZO BIOCHEM, INC., *et al.*,

        Plaintiffs,

-v-

MOLECULAR PROBES, INC., *et al.*,

        Defendants.

No. 03 Civ. 3816 (RJS)
<u>ORDER</u>

---

ENZO BIOCHEM, INC., *et al.*,

        Plaintiffs,

-v-

PERKINELMER, INC., *et al.*,

        Defendants.

No. 03 Civ. 3817 (RJS)
<u>ORDER</u>

| | |
|---|---|
| ENZO BIOCHEM, INC., *et al.*,<br><br>                      Plaintiffs,<br><br>-v-<br><br>ORCHID BIOSCIENCES, INC.,<br><br>                      Defendant. | No. 03 Civ. 3819 (RJS)<br>**ORDER** |
| AFFYMETRIX, INC.,<br><br>                      Plaintiff,<br><br>-v-<br><br>ENZO BIOCHEM, INC., *et al.*,<br><br>                      Defendants. | No. 03 Civ. 8907 (RJS)<br>**ORDER** |
| ENZO LIFE SCIENCES, INC.,<br><br>                      Plaintiff,<br><br>-v-<br><br>AFFYMETRIX, INC.,<br><br>                      Defendant. | No. 04 Civ. 1555 (RJS)<br>**ORDER** |

| | |
|---|---|
| ROCHE DIAGNOSTICS GMBH,<br><br>                    Plaintiff,<br><br>       -v-<br><br>ENZO BIOCHEM, INC., *et al.*,<br><br>                    Defendants. | No. 04 Civ. 4046 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, District Judge:

It is HEREBY ORDERED that the above-captioned cases are designated ECF. Parties are directed to file and docket submissions accordingly.

SO ORDERED.

DATED:   October 5, 2011
         New York, New York

                                                     _____
                                                     RICHARD J. SULLIVAN
                                                     UNITED STATES DISTRICT JUDGE