UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| ENZO BIOCHEM, INC. ET AL., | : | |
| Plaintiffs, | : | |
| vs. | : | 02-CV-8448 (RJS) |
| AMERSHAM PLC, et al., | : | |
| Defendants, | : | |
| AND RELATED CASES NAMING | : | |
| MOLECULAR PROBES, INC., PERKINELMER, | : | 03-CV-03817 (RJS) |
| INC., PERKINELMER LIFE SCIENCES, INC., | | 03-CV-03819 (RJS) |
| ORCHID BIOSCIENCES, INC., AFFYMETRIX, | : | 03-CV-03816 (RJS) |
| INC., ROCHE DIAGNOSTICS GMBH, AND | | 04-CV-01555 (RJS) |
| ROCHE MOLECULAR SYSTEMS, INC. AS | : | 04-CV-04046 (RJS) |
| DEFENDANTS AND/OR DECLARATORY | | 03-CV-08907 (RJS) |
| JUDGMENT PLAINTIFFS, | : | |
| and | : | **ORAL ARGUMENT REQUESTED** |
| YALE UNIVERSITY, | : | |
| Nominal Defendant. | : | |

## NOTICE OF DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that upon the Memorandum in Support of Defendants' Joint Motion for Summary Judgment, dated October 11, 2011, the accompanying Declaration of Robert J. Gunther, Jr. and the exhibits attached thereto, the Defendants' Joint Statement Pursuant to Local Rule 56.1, and upon all the papers and pleadings filed in these actions, defendants and/or declaratory judgment plaintiffs Affymetrix, Inc., Amersham plc, Amersham Biosciences, Molecular Probes, Inc., Orchid Biosciences, Inc., PerkinElmer Life Sciences, Inc., PerkinElmer, Inc., Roche Diagnostics GmbH, and Roche Molecular Systems, Inc., by the undersigned

- 2 -

attorneys, will move this Court before the Honorable Richard J. Sullivan, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, on a date to be determined, for an Order pursuant to Federal Rule of Civil Procedure 56 granting Defendants' Joint Motion for Summary Judgment.

Dated: October 11, 2011

Respectfully submitted,

/s/ Robert J. Gunther, Jr.

| | |
|---|---|
| William G. McElwain<br>WILMER CUTLER PICKERING<br>    HALE AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>T: 202-663-6388<br>F: 202-663-6363<br><br>*Attorney for Defendants PerkinElmer, Inc., and PerkinElmer Life Sciences, Inc.*<br><br>Jennifer A. Sklenar<br>Matthew M. Wolf<br>ARNOLD & PORTER LLP<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017-5844<br>T: 213-243-4027<br>F: 213-243-4199<br><br>Kristan L. Lansbery<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, NW<br>Washington, DC 20004-1206<br>T : 202-942-5186<br>F : 202-942-5999<br><br>*Attorneys for Defendants Amersham plc and Amersham Biosciences*<br><br>Patrick T. Clendenen<br>NELSON MULLINS LLP<br>One Post Office Square<br>Boston, MA 02109-2127<br>T: 617-573-4709<br>F: 617-573-4710<br><br>*Attorney for Defendant Orchid Biosciences, Inc.* | Robert J. Gunther, Jr.<br>Omar A. Khan<br>WILMER CUTLER PICKERING<br>    HALE AND DORR LLP<br>399 Park Avenue<br>New York, NY 10022<br>T: 212-230-8800<br>F: 212-230-8888<br><br>*Attorneys for Declaratory Judgment Plaintiffs Roche Diagnostics GmbH and Roche Molecular Systems, Inc.*<br><br>Michael J. Malecek<br>Peter Root<br>KAYE SCHOLER LLP<br>Two Palo Alto Square,<br>3000 El Camino Real, Suite 400<br>Palo Alto, CA  94306-2112<br>T: 650-319-4508<br><br>*Attorneys for Defendant Affymetrix, Inc.*<br><br>Eric M. Jaegers<br>TROUTMAN SANDERS LLP<br>11682 El Camino Real, Suite 400<br>San Diego, California  92130<br>T: 858-509-6015<br>F: 858-224-0952<br><br>*Attorney for Defendant Molecular Probes, Inc.* |