UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
:
ENZO BIOCHEM, INC., et al.,
:
        Plaintiffs,                          02-CV-8448 (RJS)
:
vs.
:
AMERSHAM PLC, et al.,                 **NOTICE OF APPEARANCE**
:
        Defendants.
:

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for declaratory judgment plaintiffs and counterclaim defendants Roche Diagnostics GmbH and Roche Molecular Systems, Inc.  I certify that I am admitted to practice in this Court.

Dated: New York, New York
       October 18, 2011

                                    Respectfully submitted,

                                    <u>/s/ Omar A. Khan</u>
                                    Omar A. Khan
                                    WILMER CUTLER PICKERING
                                    HALE AND DORR LLP
                                    399 Park Avenue
                                    New York, NY 10022
                                    T: 212-230-8800
                                    F: 212-230-8888

                                    *Attorney for Declaratory Judgment*
                                    *Plaintiffs and Counterclaim Defendants*
                                    *Roche Diagnostics GmbH and Roche*
                                    *Molecular Systems, Inc.*