Sullivan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                     :

ENZO BIOCHEM, INC., et al.,                             :

                Plaintiffs,                     02-CV-8448 (RJS)
                                                     : [~~PROPOSED~~] ORDER
   - against -

AMERSHAM PLC, et al.,                                  :

                Defendants.         :
------------------------------------------------------------ X

ENZO BIOCHEM, INC. et al.,                          :

                Plaintiffs,                  : 03-CV-3816 (RJS)
                                                 [~~PROPOSED~~] ORDER
   - against -                                    :

MOLECULAR PROBES, INC., et al.,             :

                Defendants.
------------------------------------------------------------ X
                                                     :

ENZO BIOCHEM, INC., et al.,                           :

                Plaintiffs,                 
                                                     03-CV-3817 (RJS)
   - against -                                    : [~~PROPOSED~~] ORDER

PERKINELMER, INC., et al.,                           :

                Defendants.         :
------------------------------------------------------------ X
                                                     :

ENZO BIOCHEM, INC., et al.,                           :

                Plaintiffs,                  : 03-CV-3819 (RJS)
                                                 [~~PROPOSED~~] ORDER
   - against -                                     :

ORCHID BIOSCIENCES, INC., et al.,           :

                Defendants.
------------------------------------------------------------ X



```
------------------------------------------------------------ x
                                                             :
AFFYMETRIX, INC.,                                            :
                                                             :
                Plaintiff,                                   :
                                                             :   03-CV-8907 (RJS)
        - against -                                          :   [PROPOSED] ORDER
                                                             :
ENZO BIOCHEM, INC., et al.,                                  :
                                                             :
                Defendants.                                  :
                                                             :
------------------------------------------------------------ x
                                                             :
ENZO LIFE SCIENCES, INC., et al.,                            :
                                                             :
                Plaintiffs,                                  :
                                                             :   04-CV-1555 (RJS)
        - against -                                          :   [         ] ORDER
                                                             :
AFFYMETRIX, INC.,                                            :
                                                             :
                Defendant.                                   :
                                                             :
------------------------------------------------------------ x
                                                             :
ROCHE DIAGNOSTICS GMBH, et al.,                              :
                                                             :
                Plaintiffs,                                  :
                                                             :   04-CV-4046 (RJS)
        - against -                                          :   [         ] ORDER
                                                             :
ENZO BIOCHEM, INC., et al.,                                  :
                                                             :
                Defendants.                                  :
                                                             :
------------------------------------------------------------ x
```

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a November 10, 2011 letter from Enzo Biochem, Inc. and Enzo Life Sciences, Inc. ("Enzo"), requesting an extension of the briefing schedule in connection with Defendants' Renewed Joint Motion for Summary Judgment. Enzo's request is hereby granted.

Accordingly, IT IS HEREBY ORDERED THAT the remaining briefing schedule shall be as follows:

    (1)    Plaintiffs shall file their opposition papers by December 13, 2011.

    (2)    Defendants shall file their reply, if any, by January 13, 2012.

SO ORDERED.

DATED:    November 10, 2011
                New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-10-11