# GT GreenbergTraurig

Scott J. Bornstein
Chair, NY IP & Technology Practice
Co-Chair, Patent Litigation Group
Tel (212) 801-2172
Fax (212) 801-6400
bornsteins@gtlaw.com

December 12, 2011

## MEMO ENDORSED

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-13-11
```

**By Email**

Hon. Richard J. Sullivan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re: Enzo Biochem et al. v. Amersham et al. (No. 02 Civ 8448)
> Enzo Biochem et al. v. Molecular Probes et al. (No. 03 Civ 3816)
> Enzo Biochem et al. v. PerkinElmer et al. (No. 03 Civ 3817)
> Enzo Biochem et al. v. Orchid Biosciences (No. 03 Civ 3819)
> Affymetrix v. Enzo Biochem et al. (No. 03 Civ 8907)
> Enzo Life Sciences v. Affymetrix (No. 04 Civ 1555)
> <u>Roche Diagnostics v. Enzo Biochem, et al. (No. 04 Civ 4046)</u>

Dear Judge Sullivan:

This letter is submitted on behalf of plaintiffs and/or declaratory judgment defendants Enzo Biochem, Inc. and Enzo Life Sciences, Inc. (collectively, "Enzo"). Please accept this letter in lieu of our letter from earlier today, as an application for an order sealing the following documents, which Enzo intends to file and serve on December 13, 2011:

- An unredacted version of Enzo's Memorandum in Opposition to Defendants' Renewed Joint Motion for Summary Judgment (the "Memorandum");
- An unredacted version of Enzo's Statement of Material Facts Showing Genuine Issues to be Tried in Opposition to Defendants' Renewed Joint Motion for Summary Judgment ("Statement of Material Facts");
- Exhibits 8-12, 17, 18, 22-24, 27, 36, 39, 40, 42, 44-58, 62-69, 71-75, 81, and 82 to the Declaration of Justin A. MacLean in Support of Enzo's Opposition to Defendants' Renewed Joint Motion for Summary Judgment;

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN**
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PALM BEACH COUNTY
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TYSONS CORNER
WASHINGTON, D.C.
WHITE PLAINS
ZURICH**

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
MetLife Building ■ 200 Park Avenue ■ New York, NY 10166 ■ Tel 212.801.9200 ■ Fax 212.801.6400

*OPERATES AS GREENBERG TRAURIG MAHER LLP
**STRATEGIC ALLIANCE

Hon. Richard J. Sullivan
December 12, 2011
Page 2

- An unredacted version of the Declaration of Richard Rankin Sinden, Ph.D. in Support of Enzo's Opposition to Defendants' Renewed Joint Motion for Summary Judgment;
- Exhibit 8 and complete versions of Exhibits 10,[1] 12 and 14 to the Declaration of Richard Rankin Sinden, Ph.D. in Support of Enzo's Opposition to Defendants' Renewed Joint Motion for Summary Judgment;
- An unredacted version of the Declaration of Justin A. MacLean in Support of Enzo's Request for Discovery Pursuant to Fed. R. Civ. P. 56(d); and
- Exhibit 13 to the Declaration of Justin A. MacLean in Support of Enzo's Request for Discovery Pursuant to Fed. R. Civ. P. 56(d).

The unredacted Memorandum, unredacted Statement of Material Facts, unredacted Declarations, and the Exhibits noted above contain highly confidential information that is covered under (1) the confidentiality provisions of certain distributor agreements between the parties, and/or (2) the protective orders in the above-referenced actions. The Court granted a similar application in connection with the defendants' and/or declaratory judgment plaintiffs' ("Defendants") renewed Joint Motion for Summary Judgment. *See* Dkt. No. 255, *Enzo Biochem, Inc., et al. v. Amersham PLC*, et al. 02-cv-08448 (S.D.N.Y.). The Court (per the Honorable John Sprizzo) has also granted similar applications in connection with Defendants' prior summary judgment motions and Enzo's oppositions thereto. For those documents referred to above as "unredacted" or "complete," a version with confidential information redacted will be electronically filed separately for public availability.

Accordingly, I respectfully ask the Court to grant this application for an order sealing the above-referenced unredacted Memorandum, unredacted Statement of Material Facts, unredacted Declarations, and Exhibits.

Thank you for your consideration.

Very truly yours,

Scott J. Bornstein

cc: Counsel of record

12/12/11

---

[1] Exhibit 10 to the Sinden Declaration contains highly confidential information as described herein, but was inadvertently omitted from our prior letter to your Honor.

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM