UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

ENZO BIOCHEM, INC., et al.          Plaintiff,          Case No.  02-CV-08448-RJS

-against-

AMERSHAM PLC, et al.          Defendant.
------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑  I have cases pending          ☐  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____Matthew D. Murphey_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is __194111 (CA)____

I am,

☑  An attorney
☐  A Government Agency attorney
☐  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: TROUTMAN SANDERS, LLP
              FIRM ADDRESS: 550 West "B" Street, Suite 400, San Diego, CA  92101
              FIRM TELEPHONE NUMBER: (619) 557-4310
              FIRM FAX NUMBER: (619) 897-7133

NEW FIRM:     FIRM NAME: TROUTMAN SANDERS, LLP
              FIRM ADDRESS: 11682 El Camino Real Ste 400 San Diego CA  92130
              FIRM TELEPHONE NUMBER: (858) 509-6000
              FIRM FAX NUMBER: (858) 509-6040

☑  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐  I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: August 1, 2012                    s/ Matthew D. Murphey
                                         _____
                                         ATTORNEY'S SIGNATURE