UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
ENZO BIOCHEM, INC., et al.,  :
 :  Case No. 02-CV-08448-RJS
Plaintiffs,  :
 :  **NOTICE OF APPEARANCE**
-against-  :
 :
AMERSHAM PLC, ET AL.,  :
 :
Defendants.  :
 :
---------------------------------------------------------- X

PLEASE TAKE NOTICE that Eric M. Jaegers hereby appears as counsel of record on behalf of Defendant Molecular Probes, Inc., certifies that he is admitted to practice in this court via *pro hac vice* order dated May 11, 2006 (D149), and further requests that copies of all papers in this action be served on the undersigned at the address below.

Dated:  August 2, 2012                TROUTMAN SANDERS LLP


By: ___s/ Eric M. Jaegers_____
Eric M. Jaegers
eric.jaegers@troutmansanders.com
TROUTMAN SANDERS LLP
11682 El Camino Real, Suite 400
San Diego, CA  92130-2092
Telephone:  (858) 509-6000
Facsimile:   (858) 509-6040

Attorneys for Defendant
MOLECULAR PROBES, INC.

8137220v1