UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| ENZO BIOCHEM, INC. ET AL., | : | |
| Plaintiffs, | : | |
| vs. | : | 02-CV-8448 (RJS) |
| AMERSHAM PLC, et al., | : | |
| Defendants, | : | |
| AND RELATED CASES NAMING | : | |
| MOLECULAR PROBES, INC., PERKINELMER, | : | 03-CV-03817 (RJS) |
| INC., PERKINELMER LIFE SCIENCES, INC., | | 03-CV-03819 (RJS) |
| ORCHID BIOSCIENCES, INC., AFFYMETRIX, | : | 03-CV-03816 (RJS) |
| INC., ROCHE DIAGNOSTICS GMBH, AND | | 04-CV-01555 (RJS) |
| ROCHE MOLECULAR SYSTEMS, INC. AS | : | 04-CV-04046 (RJS) |
| DEFENDANTS AND/OR DECLARATORY | | 03-CV-08907 (RJS) |
| JUDGMENT PLAINTIFFS, | : | |
| and | : | |
| YALE UNIVERSITY, | : | |
| Nominal Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**SECOND SUPPLEMENTAL DECLARATION OF ROBERT J. GUNTHER, JR. IN SUPPORT OF DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT**

I, Robert J. Gunther, Jr., declare as follows:

1.      I make the following declaration based on my personal knowledge and of my own free will. I am over 21 years of age and have never been convicted of a felony.  I am a partner in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and am admitted

to practice in New York.  I represent Declaratory Judgment Plaintiffs Roche Diagnostics GmbH and Roche Molecular Systems, Inc. (collectively "Roche").

2. On October 11, 2011, I submitted Declaration of Robert J. Gunther, Jr. in Support of Defendants' Joint Motion for Summary Judgment.  Exhibit 14 to that declaration is a copy of an Expert Report of George R. Stark, Ph.D., signed June 8, 2005 ("Stark Report").

3. Per the Court's August 13, 2012 request, attached hereto is a corrected version of Exhibit 14, which is a true and correct copy of the Stark Report.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated:  August 17, 2012

/s/  Robert J. Gunther, Jr.
Robert J. Gunther, Jr.