USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENZO BIOCHEM, INC., *et al.*,

                Plaintiffs,

-v-

AMERSHAM PLC, *et al.*,

                Defendants.

No. 02 Civ. 8448 (RJS)
ORDER

ENZO BIOCHEM, INC., *et al.*,

                Plaintiffs,

-v-

MOLECULAR PROBES, INC., *et al.*,

                Defendants.

No. 03 Civ. 3816 (RJS)
ORDER

ENZO BIOCHEM, INC., *et al.*,

                Plaintiffs,

-v-

PERKINELMER, INC., *et al.*,

                Defendants.

No. 03 Civ. 3817 (RJS)
ORDER

ENZO BIOCHEM, INC., *et al.*,

                Plaintiffs,

-v-

ORCHID BIOSCIENCES, INC.,

                Defendant.

No. 03 Civ. 3819 (RJS)
ORDER

| | |
|---|---|
| AFFYMETRIX, INC.,<br><br>                      Plaintiff,<br>-v-<br><br>ENZO BIOCHEM, INC., *et al.*,<br><br>                      Defendants. | No. 03 Civ. 8907 (RJS)<br><u>ORDER</u> |
| ENZO LIFE SCIENCES, INC.,<br><br>                      Plaintiff,<br>-v-<br><br>AFFYMETRIX, INC.,<br><br>                      Defendant. | No. 04 Civ. 1555 (RJS)<br><u>ORDER</u> |
| ROCHE DIAGNOSTICS GMBH,<br><br>                      Plaintiff,<br>-v-<br><br>ENZO BIOCHEM, INC., *et al.*,<br><br>                      Defendants. | No. 04 Civ. 4046 (RJS)<br><u>ORDER</u> |

<u>RICHARD J. SULLIVAN</u>, District Judge:

      The Court is in receipt of a joint letter, dated October 19, 2012, which proposes two alternate plans for resolving these matters following the Court's recent decision on Defendants' motion for summary judgment. IT IS HEREBY ORDERED THAT Defendants shall submit a joint pre-motion letter consistent with my Individual Practices regarding their contemplated motion for summary judgment on or before October 29, 2012. Plaintiffs shall submit a responsive pre-motion letter on or before November 2, 2012. IT IS FURTHER ORDERED THAT the parties shall appear for a pre-motion conference on November 16, 2012 at 3:30 p.m.

The Court will discuss Defendants' proposed summary judgment motion as well as Plaintiffs' proposed trial and discovery schedules at the November 16 conference.

SO ORDERED.

DATED:   October 23, 2012
         New York, New York

                                        _____
                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE