UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENZO BIOCHEM, INC. and ENZO LIFE SCIENCES, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERSHAM PLC, AMERSHAM BIOSCIENCES, PERKIN ELMER, INC., PERKINELMER LIFE SCIENCES, INC., SIGMA-ALDRICH CORPORATION, SIGMA CHEMICAL COMPANY, INC., MOLECULAR PROBES, INC., and ORCHID BIOSCIENCES, INC.,<br><br>Defendants. | USDS SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 11/15/2012<br><br>CIVIL ACTION NO. 02cv8448 (RJS) |

### NOTICE OF WITHDRAWAL OF NELS T. LIPPERT AS COUNSEL OF RECORD AND [PROPOSED] ORDER

**PLEASE TAKE NOTICE** that attorney Nels T. Lippert, of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), is hereby withdrawn as counsel of record in the above-captioned matter for Defendants PerkinElmer, Inc. and PerkinElmer Life Sciences, Inc. (collectively "PerkinElmer"). Mr. Lippert is no longer associated with this case. Defendants remain represented by Wilmer Cutler Pickering Hale and Dorr LLP.

Mr. Lippert did not assert a retaining or charging lien.

-1-

Dated: November 14, 2012

Respectfully submitted,

Nels T. Lippert
WILMER CUTLER PICKERING
HALE & DORR LLP
7 World Trade Center
250 Greenwich St.
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
nels.lippert@wilmerhale.com

*Counsel for Defendants PerkinElmer, Inc. and PerkinElmer Life Sciences, Inc.*

SO ORDERED

Hon. Richard J. Sullivan
United States District Judge

11/14/12