UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Enzo Biochem, Inc. ET AL.       Plaintiff,        Case No. 02-cv-8448 (RJS)

-against-

Amersham PLC, ET AL.       Defendant.
------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☐ I have cases pending            ☑ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Jonathan D. Ball**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JB 2580        My State Bar Number is 4137907

I am,

☑ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: King and Spalding, LLP
FIRM ADDRESS: 1185 Avenue of the America, NY, NY10036
FIRM TELEPHONE NUMBER: 212-556-2100
FIRM FAX NUMBER: 212-5562222

NEW FIRM:   FIRM NAME: Greenberg Traurig, LLP
FIRM ADDRESS: 200 Park Ave. NY, NY 10166
FIRM TELEPHONE NUMBER: 212-801-9200
FIRM FAX NUMBER: 212-801-6400

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 11/15/2012           s/ Jonathan D. Ball
                            ATTORNEY'S SIGNATURE