USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11 15 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENZO BIOCHEM, INC., *et al.*, | |
| Plaintiffs, | |
| -v- | No. 02 Civ. 8448 (RJS) |
| AMERSHAM PLC, *et al.*, | |
| Defendants. | |

| | |
|---|---|
| ENZO BIOCHEM, INC., *et al.*, | |
| Plaintiffs, | |
| -v- | No. 03 Civ. 3816 (RJS) |
| MOLECULAR PROBES, INC., *et al.*, | |
| Defendants. | |

| | |
|---|---|
| ENZO BIOCHEM, INC., *et al.*, | |
| Plaintiffs, | |
| -v- | No. 03 Civ. 3817 (RJS) |
| PERKINELMER, INC., *et al.*, | |
| Defendants. | |

| | |
|---|---|
| ENZO BIOCHEM, INC., *et al.*, | |
| Plaintiffs, | |
| -v- | No. 03 Civ. 3819 (RJS) |
| ORCHID BIOSCIENCES, INC., *et al.*, | |
| Defendants. | |

| | |
|---|---|
| AFFYMETRIX, INC., | |
| Plaintiff, | |
| -v- | No. 03 Civ. 8907 (RJS) |
| ENZO BIOCHEM, INC., *et al.*, | |
| Defendants. | |

NY 242599905v1

| | | |
|---|---|---|
| ENZO LIFE SCIENCES, INC., | | |
| | Plaintiff, | |
| -v- | | No. 04 Civ. 1555 (RJS) |
| AFFYMETRIX, INC., | | |
| | Defendant. | |
| ROCHE DIAGNOSTICS GMBH, | | |
| | Plaintiff, | |
| -v- | | No. 04 Civ. 4046 (RJS) |
| ENZO BIOCHEM, INC., *et al.*, | | |
| | Defendants. | |

## ORDER FOR ADMISSION
## PRO HAC VICE

The motion of Victor H. Polk, Jr. for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

Massachusetts; and that his/her contact information is as follows (please print):

Applicant's Name: Victor H. Polk, Jr
Firm Name: Greenberg Traurig, LLP
Address: One International Place
City / State / Zip: Boston Massachusetts 02110
Telephone/Fax: (617) 310-6000/ (617) 310-6001

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Enzo

Biochem, Inc., and Enzo Life Sciences, Inc., in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned

case in the United States District Court for the Southern District of New York. All attorneys appearing before this

Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 11/15/12

United States District / Magistrate Judge

NY 242599905v1