# ARNOLD & PORTER LLP

**Jennifer Sklenar**
Jennifer.Sklenar@APORTER.COM

+1 213.243.4027
+1 213.243.4199 Fax

777 South Figueroa Street
Forty-Fourth Floor
Los Angeles, CA 90017-5844

# MEMO ENDORSED

December 20, 2012

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-21-12
```

**VIA E-MAIL**

Hon. Richard J. Sullivan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re: <u>Enzo Biochem, Inc., et al v. Amersham plc, et al. (No. 02 Civ 8448)</u>

Dear Judge Sullivan:

    This letter is submitted on behalf of defendants Amersham plc and Amersham Biosciences Inc. (collectively "Amersham"). Please accept this letter as an application for an order sealing the following Exhibits to the Declaration of Matthew M. Wolf in support of the motion for summary judgment that Amersham intends to file and serve on December 21, 2012: exhibits 1-19, 23, 29-30, 32-34, and 36. These exhibits contain highly confidential information that is covered by (1) the confidentiality provision of the distributorship agreement between the parties and/or (2) the protective order in this case [Dkt. No. 153].

    The Court (per the Honorable John Sprizzo) granted a similar application to file all exhibits under seal in connection with a previous motion for summary judgment. *See* Dkt. No. 172. This Court also subsequently granted a request for filing certain exhibits under seal in connection with the joint motion for summary judgment brought by Amersham and certain other defendants in this action and related actions. Dkt. Nos. 255, 263.

59447303v3

# ARNOLD & PORTER LLP

Hon. Richard J. Sullivan
December 20, 2012
Page 2

    Accordingly, Amersham respectfully requests that the Court grant this application for an order sealing the above listed exhibits to the Declaration of Matthew M. Wolf in support of Amersham's intended motion for summary judgment.

    Thank you for your consideration.

Respectfully yours,

Jennifer Sklenar

cc: Counsel of Record

SO ORDERED
Dated: 12/20/12
RICHARD J. SULLIVAN
U.S.D.J.

59447303v3