UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
ENZO BIOCHEM, INC. et al.,                :

        Plaintiffs,              :

  vs.                                      :      02-CV-8448 (RJS)
                                                   ECF Case
AMERSHAM PLC, et al.,                    :

        Defendants,            :

and                                              :

YALE UNIVERSITY,                         :
                                                 **ORAL ARGUMENT**
        Nominal Defendant.  :           **REQUESTED**

------------------------------------- x

## NOTICE OF AMERSHAM'S MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that upon the Memorandum in Support of Amersham's Motion for Summary Judgment, dated December 21, 2012, the accompanying Declaration of Matthew M. Wolf, and the exhibits attached thereto, Amersham's Statement Pursuant to Local Rule 56.1, and upon all the papers and pleadings filed in this action, defendants Amersham plc and Amersham Biosciences (collectively "Amersham"), by the undersigned attorneys, will move this Court before the Honorable Richard J. Sullivan, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, on a date to be determined, for an Order pursuant to Federal Rule of Civil Procedure 56 granting Amersham's Motion for Summary Judgment.

Dated: December 21, 2012 	Respectfully submitted,

/s/ Maxwell Preston
Maxwell Preston
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
T: 212-715-1000
F: 212-715-1399

Matthew M. Wolf
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
T: 202-942-5000
F: 202-942-5999

Jennifer A. Sklenar
Arnold & Porter LLP
777 South Figueroa Street, 44th Floor
Los Angeles, *CA* 90017-5844
T: 213-243-4027
F: 213-243-4199

*Attorneys for Defendants Amersham plc and Amersham Biosciences*