UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENZO BIOCHEM, INC. et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AMERSHAM PLC, et al. )<br>)<br>Defendants. )<br>)<br>) | 02-CV-8448 (JES)<br>ECF Case |

**CERTIFICATE OF SERVICE**

I, Louis Champagne, state that the following documents were served by ECF notification on counsel of record in this action who are registered to receive such service and that counsel listed below were served by first class U.S. mail, postage prepaid, on this 21st day of December 2012.

Documents served were:

1. Notice of Amersham's Motion for Summary Judgment;

2. Memorandum in Support of Amersham's Motion for Summary Judgment;

3. Amersham's Statement Pursuant to Local Rule 56.1; and

4. Declaration of Matthew M. Wolf in Support of Amersham's Motion for Summary Judgment.

Counsel of record who are not registered for ECF notification and who were served by U.S. mail are:

1

Patrick Clendenen
**Nelson Mullins Riley & Scarborough LLP**
One Post Office Square
Boston, MA 02109

Peter Root
Michael J. Malecek
Stephen C. Holmes
**Kaye Scholer LLP**
Suite 400
3000 El Camino Real
Palo Alto, CA 94306

Dated:  December 21, 2012

*/s/ Louis Champagne*
Louis Champagne