UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
ENZO BIOCHEM, INC. et al.,                :

        Plaintiffs,                :

  vs.                                     :     02-CV-8448 (RJS)
                                                ECF Case
AMERSHAM PLC et al.,                      :

        Defendants,               :

and                                       :

YALE UNIVERSITY,                          :
                                                **ORAL ARGUMENT**
        Nominal Defendant.        :     **REQUESTED**

------------------------------------ x

## RENEWED NOTICE OF AMERSHAM'S MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that pursuant to the Court's January 30, 2013 Order (Dkt. 303), defendants Amersham plc and Amersham Biosciences (collectively "Amersham") hereby file this renewed notice of motion and that upon the Memorandum in Support of Amersham's Motion for Summary Judgment (Dkt. 295), dated December 21, 2012, the accompanying Declaration of Matthew M. Wolf (Dkt. 296), the exhibits attached thereto, Amersham's Statement Pursuant to Local Rule 56.1 (Dkt. 297), and upon all the papers and pleadings filed in this action, Amersham, by the undersigned attorneys, hereby moves this Court for an Order pursuant to Federal Rule of Civil Procedure 56 granting Amersham's Motion for Summary Judgment.

61334656v1

Dated: April 11, 2013

Respectfully submitted,

/s/ Jennifer Sklenar
Jennifer A. Sklenar
Arnold & Porter LLP
777 South Figueroa Street, 44th Floor
Los Angeles, *CA* 90017-5844
T: 213-243-4027
F: 213-243-4199

Matthew M. Wolf
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
T: 202-942-5000
F: 202-942-5999

Maxwell Preston
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022
T: 212-715-1000
F: 212-715-1399

*Attorneys for Defendants Amersham plc and Amersham Biosciences*