UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENZO BIOCHEM, INC. and ENZO LIFE SCIENCES, INC.<br><br>Plaintiffs,<br><br>v.<br><br><br>AMERSHAM PLC and AMERSHAM BIOSCIENCES,<br><br><br>Defendants,<br><br>and YALE UNIVERSITY,<br><br>Nominal Defendant. | CIVIL ACTION NO.  02 cv 8448 (RJS)<br>ECF Case |

**ENZO'S STATEMENT OF MATERIAL FACTS SHOWING GENUINE ISSUES OF FACT TO BE TRIED IN OPPOSITION TO AMERSHAM PLC AND AMERSHAM BIOSCIENCES MOTION FOR SUMMARY JUDGMENT**

# FILED UNDER SEAL PURSUANT TO STIPULATED PROTECTIVE ORDER, SO ORDERED BY JUDGE SPRIZZO ON AUGUST 10, 2006 (02-CV-8448 DOCKET# 153)