UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENZO BIOCHEM, INC. et al.,

    Plaintiff,

-against-

AMERSHAM PLC, et al.

    Defendants.

AND RELATED CASES NAMING MOLECULAR PROBES, INC.; PERKIN ELMER, INC.; ORCHID BIOSCIENCES, INC.; SIGMAN-ALDRICH CORP.; AFFYMETRIC, INC.; ROCHE DIAGNOSTICS GMBH; AND ROCHE MOLECULAR SYSTEMS, INC. AS DEFENDANTS AND/OR DECLARATORY JUDGMENT PLAINTIFFS

Civil Action No: 02-CV-8448 (JES)

03 CV 3816 (JES)
03 CV 3817 (JES)
03 CV 3819 (JES)
03 CV 3820 (JES)
03 CV 8907 (JES)
03 CV 1555 (JES)
03 CV 4046 (JES)

**NOTICE OF MOTION AND MOTION TO WITHDRAW APPEARANCE**

**PLEASE TAKE NOTICE**, that pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, GORDON & REES LLP hereby respectfully moves to withdraw the appearance of Mercedes Colwin, Esq. as the attorney of record for Defendants MOLECULAR PROBES, INC., in the above captioned proceeding.

Wherefore, the undersigned respectfully requests that Defendants be granted their motion to withdraw the appearance of Mercedes Colwin, Esq. in this matter.

Date: May 6, 2013

_____
Mercedes Colwin, Esq.
Gordon & Rees LLP
90 Broad Street, 23rd Floor
New York, NY 10004
Tel. (212) 269-5500
Fax (212) 269-5505