UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ENZO BIOCHEM, INC. et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 02-CV-8448 (RJS) |
| | ) | ECF Case |
| AMERSHAM PLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**DECLARATION OF JENNIFER SKLENAR IN SUPPORT OF
AMERSHAM'S REPLY MEMORANDUM IN SUPPORT OF ITS
MOTION FOR SUMMARY JUDGMENT**

I, Jennifer Sklenar, declare as follows:

1.      I make the following declaration based on my personal knowledge and of my own free will.  I am over 21 years of age and am a partner in the law firm of Arnold & Porter LLP and am admitted to practice in both New York and California.  I represent Defendants Amersham plc and Amersham Biosciences, Inc. (collectively "Amersham").  I make this declaration in support of Amersham's reply memorandum in support of its motion for summary judgment.

2.      Attached hereto as Exhibit A is a chart created by counsel for Amersham that shows whether Enzo disclosed certain of its non-patent allegations at various points in the case.

3.      Attached hereto as Exhibit B is an October 12, 2012 letter from Scott Bornstein, counsel for Enzo, to counsel for Defendants.

4.      Attached hereto as Exhibit C is Plaintiffs' Responses to the Amersham Defendants' First Set of Interrogatories, served on January 22, 2003.

5.      Attached hereto as Exhibit D is Enzo's Second Amended Response to Amersham's Interrogatory No. 18 (minus attachments), served on September 21, 2006.

6.      Attached hereto as Exhibit E is an October 8, 2012 letter from Jennifer Sklenar to Scott Bornstein, counsel for Enzo.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated:  May 15, 2013

/s/ *Jennifer Sklenar*
Jennifer Sklenar