UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENZO BIOCHEM, INC. et al., <br><br> Plaintiffs, <br><br> v. <br><br> AMERSHAM PLC, et al. <br><br> Defendants. <br><br> AND RELATED CASES NAMING MOLECULAR PROBES, INC.; PERKIN ELMER, INC.; ORCHID BIOSCIENCES, INC.; SIGMAN-ALDRICH CORP.; AFFYMETRIC, INC.; ROCHE DIAGNOSTICS GMBH; AND ROCHE MOLECULAR SYSTEMS, INC. AS DEFENDANTS AND/OR DECLARATORY JUDGMENT PLAINTIFFS | 02-CV-8448 (JES) <br><br><br><br><br><br> 03 CV 3816 (JES) <br> 03 CV 3817 (JES) <br> 03 CV 3819 (JES) <br> 03 CV 3820 (JES) <br> 03 CV 8907 (JES) <br> 03 CV 1555 (JES) <br> 03 CV 4046 (JES) |

## DECLARATION OF MERCEDES COLWIN

I, Mercedes Colwin, declare as follows:

1.  I am a partner in the law firm of Gordon & Rees, LLP with offices at 90 Broad Street, 23rd Floor, New York, New York 10004

2.  I am admitted to practice before the United States District Court, Southern District of New York and a member in good standing.

3.  On September 30, 2005 an Order was signed by the Honorable John E. Sprizzo admitting Matthew D. Murphey pro hac vice as counsel for defendants Molecular Probes, Inc. in this matter. At the time, Mr. Murphey was an attorney with my firm Gordon & Rees, LLP.

4.  On January 30, 2006 an Order was signed by the Honorable Judge John E. Sprizzo granting the substitution of counsel for defendant Molecular Probes, Inc. to be

represented by Mercedes Colwin, Matthew D. Murphey, Harris F. Brotman, Ph.D. and Lindsay J. Hulley.

5. On February 16, 2011 a Notice of Substitution of Counsel was filed requesting that Matthew D. Murphey, formerly with Gordon & Rees, LLP, and now with Troutman Sanders LLP, be substituted in as counsel for defendant Molecular Probes.

6. On February 18, 2011 the Notice of Substitution of Counsel was granted by the Honorable Richard J. Sullivan, thereby officially ending Gordon & Rees, LLP representation of defendant Molecular Probes. As a result, I no longer have any involvement with this matter.

7. Accordingly, I hereby request that I no longer receive ECF communications and that my name be removed from the service list.

I declare, under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

Dated: July 10, 2013                    GORDON & REES LLP


                                        By: *Mercedes Colwin*
                                        Mercedes Colwin (MC 3862)
                                        90 Broad Street, 23rd Floor
                                        New York, New York 10004
                                        Phone: (212) 269-5500

//16134606v.1

2