UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-26-13
```

ENZO BIOCHEM, INC., *et al.*,

                          Plaintiffs,

-v-

AMERSHAM PLC, *et al.*,

                          Defendants.

No. 02 Civ. 8448 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED THAT the parties in this action shall appear for oral argument on Defendants' motion for summary judgment at 2:30 p.m. on Wednesday, August 7, 2013 in Courtroom 905 at 40 Foley Square. The Court will hear thirty minutes of argument from each side.

SO ORDERED.

DATED:     July 26, 2013
                 New York, New York

                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES DISTRICT JUDGE