# GT GreenbergTraurig

Jeffrey R. Mann
Tel (212) 801-2111
Fax (212) 224-6125
mannj@gtlaw.com

**MEMO ENDORSED**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-31-13
```

July 30, 2013

VIA E-MAIL (sullivannysdchambers@nysd.uscourts.gov)

Hon. Richard J. Sullivan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Enzo Biochem, Inc. et ano v. Amersham PLC, et ano.* (02 CV 8448)

Dear Judge Sullivan:

Pursuant to the Court's Individual Practices § 1.D and instruction of the Court's clerk, Plaintiffs Enzo Biochem, Inc. and Enzo Life Sciences, Inc. (collectively, "Enzo") write to respectfully request a brief adjournment of oral argument in the above-captioned action. The Court scheduled oral argument on Defendants' motion for summary judgment for 2:30 p.m. on Wednesday, August 7, 2013 (Dkt. No. 323). I and several of my colleagues will be out of the office during the week of August 5th. We were informed by the Court's clerk that the next available dates on the Court's calendar for oral argument are during the week of August 26. After consulting with counsel for Defendants Amersham PLC and Amersham Biosciences ("Amersham"), we respectfully request that oral argument be scheduled on either August 29 or August 30. No party has previously requested an adjournment of the oral argument date, and counsel for Amersham has consented to our request.

Respectfully submitted,

/s/ Jeffrey R. Mann
Jeffrey R. Mann

The request is granted. Oral argument will proceed at 11:00 a.m. on Friday, Aug. 30 in Courtroom 905 of the Thurgood Marshall Courthouse.

cc:   Jennifer Sklenar, Esq. (*via email*)
      Arnold & Porter LLP
      777 South Figueroa Street, 44th Floor
      Los Angeles, CA 90017
      (213) 243-4000
      jennifer.sklenar@aporter.com

SO ORDERED
Dated: 7/31/13
RICHARD J. SULLIVAN
U.S.D.J.

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PALM BEACH COUNTY
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SAN FRANCISCO
SEOUL*
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV*
TYSONS CORNER
WARSAW~
WASHINGTON D.C.
WHITE PLAINS