UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ENZO BIOCHEM, INC., et al.,

                Plaintiffs,

-against-

AMERSHAM PLC, et al.,

                Defendants.
-----------------------------------------------------------X

02 CIVIL 8448 (RJS)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/13

Whereas on September 21, 2012, the Court having granted summary judgment in favor of Amersham with respect to Enzo's patent infringement claims; now before the Court is Amersham's motion for summary judgment as to Enzo's non-patent claims, and the matter having come before the Honorable Richard J. Sullivan, United States District Judge, and the Court, on October 22, 2013, having rendered its Memorandum and Order granting Amersham's motion for summary judgment as to Enzo's non-patent claims, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated October 22, 2013, Amersham's motion for summary judgment as to Enzo's non-patent claims is granted; accordingly, the case is closed.

**Dated:** New York, New York
        October 28, 2013

                                        **RUBY J. KRAJICK**

                                        **Clerk of Court**
            BY:
                                        **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____