```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ENZO BIOCHEM, INC., et al.,

                      Plaintiffs,

-against-

AMERSHAM PLC, et al.,

                      Defendants.
-----------------------------------------------------------X

02 CIVIL 8448 (RJS)

**CORRECTED JUDGMENT**

      Whereas the parties having jointly moved to Correct the Court's October 22, 2013 Memorandum and Order and its October 28, 2013 Judgment, and the matter having come before the Honorable Richard J. Sullivan, United States District Judge, and the Court, on November 26, 2013, having rendered its Order directing that the Judgment be corrected to reflect that the Court dismissed only Plaintiffs' claims, not Defendants' counterclaims, which were not the subject of any motion before the Court, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated October 22, 2013, Amersham's motion for summary judgment as to Enzo's non-patent claims is granted; accordingly, the Court dismisses only Plaintiffs' claims, not Defendants' counterclaims, which were not the subject of any motion before the Court.

**Dated:** New York, New York
          November 27, 2013

                                                    **RUBY J. KRAJICK**

                                                  **Clerk of Court**

                          BY:

                                                  **Deputy Clerk**

                                       **THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____